# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS F. ROSALES,<br><br>              Petitioner,<br><br>   v.<br><br>W. L. MONTGOMERY,<br><br>             Respondent. | Case No. CV 15-8573-FMO (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 13, 2016

                                              /s/
                               FERNANDO M. OLGUIN
                          UNITED STATES DISTRICT JUDGE